## Commonwealth ex rel. Katz *v.* Katz, Appellant.

Argued June 20, 1966. *I. Raymond Kremer,* for appellant; *Jay D. Barsky,* with him *Silver and Barsky,* for appellee.

Orders affirmed.

## Commonwealth ex rel. Knotter, Appellant, *v.* Maroney.

Submitted April 11, 1966. *William L. Kimmel* and *Walker and Kimmel,* for appellant; *Alexander Ogle,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Kuhn, Appellant, *v.* Russell.

Submitted June 13, 1966. *Joseph F. Kuhn,* appellant, in propria persona; *Charles Robert Bernsee* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.